UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br><br>JOSHUA PETTIS,<br>Defendant | NO.  CR 19-5143 RJB<br><br>Order Continuing Trial and PTM Deadline |

### Order

Defendant Joshua Pettis moves the Court to continue the trial in this case as well as the Pretrial Motions Deadline.  The Government has reviewed the motion and advised defense counsel that it has no opposition to the motion.

The Court GRANTS the motion.  In doing so, it makes the following findings:

1.  The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2.  Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

PHIL BRENNAN, Esq.<br>P.O. Box 20432<br>Seattle, WA 98102<br>(206) 372-5881

3.    The Court finds that the failure to grant the continuance would deny the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Based on Mr. Pettis's Motion to Continue, and the Court's review of the files and records in this case, the Court finds that the defense needs additional time to review the discovery materials in this case, which consists of police reports and related material.  Additional discovery is forthcoming, and the defense will need more time to review the same.  The defense will also need additional time to conduct its own investigation of the case and review the law as it applies to this case.

Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time to meet the above objectives. Accordingly, IT IS HEREBY ORDERED that the trial date is continued to January 27, 2020, at 9:30 a.m. and that the pretrial motions deadline shall be December 18, 2019. A pretrial conference shall be held on January 17, 2020, at 8:30 a.m.   The resulting period of delay from the filing date of this motion until the new trial date is excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED this 13th day of May, 2019.



ROBERT J. BRYAN
United States District Judge

PHIL BRENNAN, Esq.
P.O. Box 20432
Seattle, WA 98102
(206) 372-5881